1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd., Ste. 170
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,

5

6                    UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

7                                          WESTERN DIVISION

8  SAM NASSROUIE                          )    Case No. CV09-03404 DDP (FMOx)
                                          )
9              Plaintiff,                 )    VERIFIED COMPLAINT AND DEMAND
                                          )    FOR JURY TRIAL
10       vs.                              )
                                          )    (Unlawful Debt Collection Practices)
11 AMSHER COLLECTION SERVICES, INC.       )
                                          )
12             Defendant.                 )
                                          )
13 _____)

14                                          COMPLAINT

15       COMES NOW the Plaintiff, SAM NASSROUIE ("Plaintiff"), by and through his

16 attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, AMSHER

17 COLLECTION SERVICES, INC, alleges and affirmatively states as follows:

18                                          INTRODUCTION

19       1.    The United States Congress has found abundant evidence of the use of abusive,

20 deceptive, and unfair debt collection practices by many debt collectors, and has determined that

21 abusive debt collection practices contribute to the number of personal bankruptcies, to marital

22 instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair

23 Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate

24 abusive debt collection practices by debt collectors, to insure that those debt collectors who

25 refrain from using abusive debt collection practices are not competitively disadvantaged, and to

                                              - 1 -

promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C. 1692(a) – (e)).

2.     The California legislature has determined that the banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts and that unfair or deceptive collection practices undermine the public confidence that is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers. The Legislature has further determined that there is a need to ensure that debt collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices. (Cal. Civ. Code §1788.1(a) – (b)).

3.     Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of AMSHER COLLECTION SERVICES, INC. (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

4.     For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

5.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

6.     Because Defendant conducts business in the state of California, personal jurisdiction is established.

- 2 -

VERIFIED COMPLAINT

7.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

8.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

9.      Plaintiff is a natural person who resides in the City of Northridge, County of Los Angeles, State of California and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

10.     Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

11.     Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Birmingham, State of Georgia.

12.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

13.     Plaintiff is informed and believes, and thereon alleges, that Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by California Civil Code § 1788.2(b), and is a "debt collector" as that term is defined by California Civil Code § 1788.2(c).

///

///

///

///

- 3 -

VERIFIED COMPLAINT

## FACTUAL ALLEGATIONS

14.     Defendant has been placing constant and continuous collection calls to Plaintiff seeking and demanding payment for an alleged debt.  (See Exhibit A).

15.     Defendant often places multiple collection calls in a single day to Plaintiff.  (See Exhibit A).

16.     Defendant places collection calls from (800) 741-7144.

17.     Defendant places collection calls from (205) 313-2640.

18.     Defendant places collection calls from (205) 313-2601

19.     Defendant places collection calls to Plaintiff and hangs up or fails to leave a message when Plaintiff does not answer.

20.     Defendant fails to inform Plaintiff in each subsequent communication that Defendant is a debt collector.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

21.     Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

22.     Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

a).     Defendant violated the FDCPA § 1692d when Defendant, through its agents and employees, engaged in conduct of which the natural consequence is the abuse and harassment of the Plaintiff.

b).     Defendant violated the FDCPA § 1692d(5) when Defendant, through its agents and employees, caused Plaintiff's telephone to ring repeatedly and continuously with an intent to abuse, harass and annoy Plaintiff.

- 4 -

VERIFIED COMPLAINT

c).      Defendant violated the FDCPA § 1692d(6) when Defendant, through its agents and employees, placed collection calls to Plaintiff without providing meaningful disclosure of the caller's identity by failing to leave a message when Plaintiff did not answer the call.

d).      Defendant violated the FDCPA § 1692e(10) when Defendant, through its agents and employees, used the deceptive practices of placing collection calls to Plaintiff and failing to leave a message informing the Plaintiff of who the caller is and that the Defendant is a debt collector.

23.      As a consequence of Defendant's foregoing actions, Plaintiff has suffered from emotional distress. (See Exhibit B).

## COUNT II

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.

24.      Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

25.      Defendant **violated the RFDCPA**.  Defendant's violations include, but are not limited to the following:

a).      Defendant violated the RFDCPA § 1788.11(b) when Defendant, through its agents and employees, placed calls to Plaintiff without providing the Plaintiff with meaningful disclosure of the caller's identity.

b).      Defendant violated the RFDCPA § 1788.11(d) when Defendant, through its agents and employees, caused Plaintiff's telephone to ring repeatedly and continuously so as to annoy the Plaintiff.

c).      Defendant violated the RFDCPA § 1788.11(e) when Defendant, through its agents and employees, excessively placed so many calls to Plaintiff as to be unreasonable and to constitute harassment to Plaintiff.

VERIFIED COMPLAINT

d).     Defendant violated the RFDCPA § 1788.17 when Defendant, through its agents and employees, continuously failed to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 *et seq*.

26.     As a consequence of Defendant's foregoing actions, Plaintiff has suffered from emotional distress. (See Exhibit B).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

27. Declaratory judgment that the Defendant's conduct violated the State Act, RFDCPA, and Federal Act, FDCPA.

28. Actual damages.

29. Statutory damages pursuant to the State Act, Cal. Civ. Code § 1788.30(b).

30. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

31. Costs and reasonable attorney's fees pursuant to the State Act, Cal. Civ Code § 1788.30(c) and the Federal Act, 15 U.S.C. 1692k.

32. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

DATED:  May 12, 2009           KROHN & MOSS, LTD.

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SAM NASSROUIE, hereby demands trial by jury in this action.

VERIFIED COMPLAINT

1

## VERIFICATION OF COMPLAINT AND CERTIFICATION

2

3   STATE OF CALIFORNIA)

4        Plaintiff, SAM NASSROUIE, says as follows:

5

6   1.   I am the Plaintiff in this civil proceeding.
    2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
         that all of the facts contained in it are true, to the best of my knowledge, information
7        and belief formed after reasonable inquiry.
    3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
8        law or by a good faith argument for the extension, modification or reversal of existing
         law.
9   4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
         to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
10       needless increase in the cost of litigation to any Defendant(s), named in the
         Complaint.
11  5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
    6.   Each and every exhibit I have provided to my attorneys which has been attached to
12       this Complaint is a true and correct copy of the original.
    7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
13       have not altered, changed, modified or fabricated these exhibits, except that some of
         the attached exhibits may contain some of my own handwritten notations.
14

15
        Pursuant to 28 U.S.C. § 1746(2), I, SAM NASSROUIE, hereby declare (or certify,
16  verify or state) under penalty of perjury that the foregoing is true and correct.

17  DATED: 5/08/09

18                              SAM NASSROUIE, PLAINTIFF

19

20

21

22

23

24

25

- 7 -

VERIFIED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## EXHIBIT A

VERIFIED COMPLAINT

From Sam Nassrouie

To : Nick Bontrager


Amsher Collection Services INC.

Tel:1800-741-7144

   205-313-2640

   205-313-2601


3-24-09      11:44 am

3-24-09      2:21 pm

3-25-09      Talked to Brandon

3-26-09      9:18 am

3-26-09      1:21 pm

3-26-09      4:51pm

3-27-09      10:34am

3-30-09      9:06 am

3-30-09      Talked to Sherlly

3-31-09      1:35pm –Kim

3-31-09      2:09pm

4-01-09      9:48am

1

2

3

4

5

6

7

8

## EXHIBIT B

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 9 -

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — YES (NO)
7. Chest pains — (YES) NO
8. Feelings of hopelessness, pessimism — YES (NO)
9. Feelings of guilt, worthlessness, helplessness — YES (NO)
10. Appetite and/or weight loss or overeating and weight gain — YES (NO)
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — YES (NO)

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____

_____

_____

_____

_____

_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 5/08/09

Signed Name

Sam Nassrouie

Printed Name

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV09- 3404 DDP (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM NASSROUIE<br><br>PLAINTIFF(S)<br>v.<br>AMSHER COLLECTION SERVICES, INC.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09-03404** DDP(FMOx)<br><br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>AMSHER COLLECTION SERVICES, INC</u>.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Nicholas J. Bontrager</u>, whose address is <u>Krohn & Moss, Ltd.; 10635 Santa Monica Blvd., Suite 170; Los Angeles, CA 90025</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __5/14/2009__                    By: ___A. Gragera___
                                             Deputy Clerk

                                        (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| | |
|---|---|
| **(a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>SAM NASSROUIE | **DEFENDANTS**<br>AMSHER COLLECTION SERVICES, INC. |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Krohn & Moss, Ltd.; Nicholas J. Bontrager, Esq.<br>10635 Santa Monica Blvd., Suite 170; Los Angeles, CA 90025<br>(323) 988-2400 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____ **CV09-03404**_____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)　List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐　Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

(b)　List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐　Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | City of Birmingham |

(c)　List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.　SIGNATURE OF ATTORNEY (OR PRO PER): _____　Date May 12, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |