Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorney for Plaintiff,
SAM NASSROUIE

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SAM NASSROUIE ) | **Case No.: 2:09-cv-03404-DDP-FMO** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| AMSHER COLLECTION SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, SAM NASSROUIE, by and through his attorneys, KROHN & MOSS, LTD.,

hereby voluntarily dismisses the above-entitled case with prejudice.


Dated: June 26, 2009                          KROHN & MOSS, LTD.


                                              By:/s/ Nicholas J. Bontrager

                                              Nicholas J. Bontrager

                                              Attorney for Plaintiff,
                                              Sam Nassrouie

- 1 -